### AUSTIN v. STATE.

(Court of Criminal Appeals of Texas. Jan. 28, 1914.)

CRIMINAL LAW (§ 1090*) — APPEAL — STATEMENT OF FACTS—BILLS OF EXCEPTION.

Where there is no statement of facts or bills of exception, the grounds of a motion for new trial cannot be reviewed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. § 1090.*]

Appeal from District Court, Ft. Bend County; Samuel J. Styles, Judge.

Blake Austin, Jr., was convicted of theft from the person, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of theft from the person, his punishment being assessed at two years' confinement in the penitentiary. The record is before us with-

out a statement of facts or bills of exception. In this condition of the record, the grounds of the motion for a new trial are not reviewable.

The judgment will be affirmed.